IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HEATH WHITT, #222 052, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-851-MHT |
| | ) | |
| WARDEN MILLS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. 7) is GRANTED; and

2. Defendants are GRANTED an extension from November 14, 2018, to and including November 16, 2018, to file their answer and written report.

Done, this 26th day of October 2018.

                                             /s/ Charles S. Coody
                                             UNITED STATES MAGISTRATE JUDGE