IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HEATH WHITT, #222 052, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-851-MHT |
| | ) | |
| WARDEN MILLS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 26, 2018, the court entered an order, a copy of which was mailed to Plaintiff. On November 5, 2018, the postal service returned this document marked as undeliverable. The order of procedure entered in this case instructed Plaintiff to immediately inform the court of any new address. Doc. 6 at 2–3, ¶6 ("Plaintiff shall immediately inform the court and Defendants or Defendants' counsel of record of any change in his address. . . .  Failure to provide a correct address to this court within ten (10) days following any change of address will result in the dismissal of this action."). It is clear from the foregoing that Plaintiff has failed to comply with this requirement and, as such, this case cannot properly proceed in this court if the whereabouts of Plaintiff remain unknown.  Accordingly, it is

ORDERED that **on or before November 19, 2018**, Plaintiff shall file with the court a current address and/or show cause why this case should not be dismissed for his failure to adequately prosecute this action.  Plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate Judge will recommend this case be dismissed due to his failure to keep the court apprised of his current address and because, absent such, this case cannot proceed before this court.

It is further ORDERED that the directive requiring Defendants to file an answer and special report to the complaint be held in ABEYANCE pending Plaintiff's compliance with this order.

Done, this 5th day of November 2018.

    /s/   Charles S. Coody
UNITED STATES MAGISTRATE JUDGE