IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATH WHITT, #222 052, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:18-CV-851-MHT |
| ) | |
| WARDEN MILLS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause, it is

ORDERED that are GRANTED an extension from November 16, 2018, to and including January 4, 2019, to file their answer and written report to Plaintiff's complaint.[1]

Done, this 30th day of November 2018.

    /s/   Charles S. Coody
UNITED STATES MAGISTRATE JUDGE

---

[1] References to an "amended" complaint made in the court's order of procedure (Doc. 4) were inadvertent. This matter is before the court on the complaint filed October 1, 2018. Doc. 1.