# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **HEATH WHITT, #222052,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. |
| **WARDEN MILLS, et al.,** | ) 2:18-CV-851-MHT |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Robert V. Baxley of Balch and Bingham, LLP, hereby gives notice of his appearance as additional counsel of record on behalf of the Defendants, Warden Walter Myers and Captain Joseph Danzey.

Respectfully submitted this the 4th day of January, 2019.


                                                                 /s/Robert V. Baxley
                                                                *Attorney for the Defendants*

John G. Smith
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com

Steven C. Corhern
Robert V. Baxley
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 226-8765
Facsimile: (205) 488-5798
scorhern@balch.com
rbaxley@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the below individuals by United States Mail, postage prepaid, on this the 4th day of January, 2019:

HeathWhitt, #222052

Bullock Correctional Facility
P O Box 5107
Union Springs, AL 36089-5107

/s/ Robert V. Baxley
Of Counsel